# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−1 | User: admin | Date Created: 8/1/2024 |
| Case: 24−10397 | Form ID: FSSM | Total: 3 |

**Recipients of Notice of Electronic Filing:**
ust      Office of the U.S. Trustee / SR      USTPRegion17.SF.ECF@usdoj.gov
tr      David Burchard      TESTECF@burchardtrustee.com

                                                                                                                              TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Keni Mae Meyer      639 Duer Rd.      Sebastopol, CA 95472

                                                                                                                              TOTAL: 1